

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2022

No. 04-22-00554-CR

Charles Anthony **GARRISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. 20-1161
Honorable Bill Squires, Judge Presiding

## O R D E R

The reporter's record was due on November 18, 2022. However, the court reporter has filed a notification of late record requesting an extension of time to file the reporter's record. The request is GRANTED. The reporter's record is due on or before **December 19, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court